Opinion by WALKER, J. It was stipulated that certain of the dogskins in question are similar to those the subject of *Brachman* v. *United States* (5 Cust. Ct. 153, C. D. 389). In accordance therewith the protests were sustained as to those items.

**No. 46428.**—Protest 46163–K of Burns Lumber Co. (Los Angeles).

Opinion by WALKER, J. It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391). In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported. The protest was therefore sustained.

**No. 46429.**—Protest 42897–K of Burns Lumber Co. (Los Angeles).

Opinion by WALKER, J. It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391). In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported. The protest was therefore sustained.

**No. 46430.**—Protest 37224–K of Burns Lumber Co. (Los Angeles).

Opinion by WALKER, J. It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391). In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported. The protest was therefore sustained.

**No. 46431.**—Protest 37223–K of Burns Lumber Co. (Los Angeles).

Opinion by WALKER, J. It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391). In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported. The protest was therefore sustained.

**No. 46432.**—Protests 59310–K, etc., of Hochhauser Leather Co., Inc., et al. (New York).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.